■ LYDIA GYAMFI, Appellant, v CITYWIDE MOBILE RESPONSE CORP. et al., Respondents. [44 NYS3d 759]—

Order, Supreme Court, Bronx County (Alison Y. Tuitt, J.), entered January 29, 2016, which, insofar as appealed from as limited by the briefs, in this action for personal injuries sustained in a motor vehicle accident, denied plaintiff's motion for partial summary judgment on the issue of liability, unanimously affirmed, without costs.

Plaintiff's motion was properly denied since triable issues of fact exist as to how the accident occurred in light of the conflicting accounts of the accident provided by plaintiff and defendant Carrigan (*see Lewis v Konan*, 39 AD3d 319 [1st Dept 2007]). In addition, the affidavits of the parties' experts raise triable issues as to which parties' conduct proximately caused the accident (*see Kumar v Stahlunt Assoc.*, 3 AD3d 330 [1st Dept 2004]). The motion court properly considered the affidavit of defendant's expert even though it was notarized in New Jersey and lacked a certificate of conformity. The document states that the oath was duly given and the authentication of the oathgiver's authority can be secured later and given nunc pro tunc effect if necessary (*see Matapos Tech. Ltd. v Compania Andina de Comercio Ltda*, 68 AD3d 672, 673 [1st Dept 2009]). Concur—Friedman, J.P., Renwick, Richter, Moskowitz and Kapnick, JJ.